IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 13-64 RGA |
| JAMES WALKER, | ) |
| Defendant. | ) |

**MEMORANDUM**

In regard to the discovery dispute, the Court will enter the protective order proposed by the Government. It is justified by the description in paragraphs 1-4, 6, 8-9, 11 and 13. The Court notes that much of the material (statements of witnesses, including grand jury transcripts, reports of interview describing statements of witnesses) are not technically due in advance of trial, and therefore the Government's proposed protective order allows the Defendant more than that to which he is entitled. Of course, there are materials (letters describing *Brady* material, including criminal histories, cooperation agreements, etc.) which have to be produced in time to be able to be used by the Defendant, which may be before trial. The proposed protective order should not interfere with the Defendant's trial preparation.

The Court does not agree with the Defendant's implicit suggestion that unless he has previously intimidated a witness, no restrictions can be justified.

United States District Judge  9/30/13